UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: WILLIAM L. MINNICH, JR., | : | Case No. 10-23652REF |
| Debtor | : | CHAPTER 13 |

# **ORDER**

AND NOW, this 2d day of June, 2011, upon my consideration of Debtor's Motion for Contempt Against the Internal Revenue Service for Violation of the Automatic Stay, filed on April 14, 2011 (the "Contempt Motion"), the hearing on the Contempt Motion and based upon the findings of fact, conclusions of law, discussion, and rationale stated in the accompanying Statement in support of this Order denying the Contempt Motion,

IT IS HEREBY ORDERED that the Contempt Motion is DENIED.

BY THE COURT

_____
Richard E. Fehling
U.S. Bankruptcy Judge